UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMERICAN SAFETY CASUALTY
INSURANCE COMPANY,

       Plaintiff,

v.                         CASE NO.  8:06-CV-237-T-17TBM

ROBERT CHARLES ENTERPRISES,
INC., ROBERT C. STIVALA
and PASCALE STIVALA,

       Defendants.

_____/

ORDER

This cause is before the Court on:

Dkt.   55 Motion for Attorney's Fees and Costs
Dkt.   58 Affidavit
Dkt.   63 Report and Recommendation

This case is a breach of contract claim based on diversity jurisdiction.  Final judgments have been entered as to Defendants Robert C. Stivala and Pascale Stivala.  Plaintiff now seeks the award of $31,290.00 for attorney's fees, and $1,347.64 for costs as the prevailing party.

The Court has independently reviewed the record.  No objections to the Report and Recommendation have been filed.  The Court notes that the Indemnity Agreement is to be interpreted according to Delaware law, and includes a broad contractual provision for the award of attorney's fees and costs incurred in enforcing the obligations of the Indemnity Agreement.  After consideration, the Court adopts the Report and Recommendation, and incorporates it by reference.  Accordingly, it is

Case No. 8:06-CV-237-T-17TBM

**ORDERED** that the Report and Recommendation is adopted and incorporated by reference; the Motion for Attorney's Fees and Costs is **granted**, in the amount of $31,290.00 for fees, and $1,347.64 for costs.  A separate judgment will be entered.

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 17th day of June, 2008.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record

2