IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:06-CV-00237-T-17TBM

AMERICAN SAFETY CASUALTY
INSURANCE COMPANY,

        Plaintiff,

v.

ROBERT CHARLES ENTERPRISES,
INC., ROBERT C. STIVALA and
PASCALE STIVALA,

        Defendants.
_____/

## WRIT OF EXECUTION AND BREAK ORDER

THE STATE OF FLORIDA:

To Each Sheriff of the State:

    YOU ARE COMMANDED, authorized, entitled and directed to levy upon the property subject to execution of ROBERT C. STIVALA and PASCALE STIVALA, in the sum of $905,239.68, with interest at the rate of 1.60% per annum from April 2, 2008 until paid, and to have this writ before the Court when satisfied.

    YOU ARE FURTHER COMMANDED, authorized, entitled and directed to levy upon the property subject to execution of ROBERT C. STIVALA and PASCALE STIVALA, in the sum of $32,637.64, and to have this writ before the Court when satisfied.

    YOU ARE FURTHER COMMANDED, authorized, entitled and directed to use reasonable force if necessary and break and enter upon the residential and commercial premises of the Defendants/Judgment Debtors, ROBERT STIVALA and PASCALE STIVALA, for the purpose of

seizing and levying on the Judgment Debtors' real and personal property in order to satisfy the outstanding Final Default Judgment rendered in this action on April 2, 2008, and the Final Judgment rendered in this action on June 17, 2008. Entry shall be made during the daytime (6:00 a.m. to 8:00 p.m.) only.

**Done and Ordered** in Tampa, Florida, this 5th day of May 2009.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record